# Exhibit I

## Case Information

DC-25-11920 | TEXAS HEALTH HARRIS METHODIST HOSPITAL FORT WORTH vs. BLUE CROSS BLUE SHIELD OF TEXAS

| | | |
|---|---|---|
| Case Number | Court | Judicial Officer |
| DC-25-11920 | 160th District Court | REDMOND, AIESHA |
| File Date | Case Type | Case Status |
| 07/24/2025 | CNTR CNSMR COM DEBT | OPEN |

## Party

PLAINTIFF
TEXAS HEALTH HARRIS METHODIST HOSPITAL FORT WORTH

Active Attorneys ▼
Lead Attorney
WALTERS, MARILYN
MACKENZIE
Retained

DEFENDANT
BLUE CROSS BLUE SHIELD OF TEXAS

Aliases
*AKA* BCBSTX

## Events and Hearings

07/24/2025 NEW CASE FILED (OCA) - CIVIL

07/24/2025 ORIGINAL PETITION ▾

PLAINTIFF'S ORIGINAL PETITION

07/24/2025 ISSUE CITATION ▾

ISSUE CITATION - BLUE CROSS BLUE SHIELD OF TEXAS

07/30/2025 CITATION ▾

Unserved

Anticipated Server
ESERVE

Anticipated Method
Comment
BLUE CROSS BLUE SHIELD OF TEXAS

08/06/2025 AMENDED PETITION ▾

PLAINTIFF'S 1ST AMENDED PETITION W/ REQUEST FOR (1) CITATION

Comment
PLAINTIFF'S 1ST W/ REQUEST FOR (1) CITATION

08/06/2025 ISSUE CITATION ▾

ISSUE CITATION-BLUE CROSS BLUE SHIELD OF TEXAS

Comment
RE: PLAINTIFF'S 1ST AMENDED PETITION

08/12/2025 PROPOSED ORDER/JUDGMENT ▾

PROPOSED PROTECTIVE ORDER

Comment
PROPOSED PROTECTIVE ORDER

08/12/2025 MOTION - PROTECT ▾

PLTF/MOTION PROTECT

08/12/2025 CITATION ▾

Served
08/21/2025

Anticipated Server
ESERVE

Anticipated Method
Actual Server
OUT OF COUNTY

Returned
08/25/2025
Comment
BLUE CROSS BLUE SHIELD OF TEXAS

08/15/2025 ORDER - PROTECT ▼

ORDER - PROTECT

ORDER - PROTECT

08/25/2025 RETURN OF SERVICE ▼

EXECUTED CITATION - BLUE CROSS BLUE SHIELD OF TEXAS

Comment
EXECUTED CITATION - BLUE CROSS BLUE SHIELD OF TEXAS

09/15/2025 RULE 11 ▼

NOTICE OF RULE 11 AGREEMENT

Comment
AGREEMENT RE: ANSWER DEADLINE

09/30/2025 DISMISSAL FOR WANT OF PROSECUTION ▼

160th Dismissal

Judicial Officer
REDMOND, AIESHA

Hearing Time
3:00 PM

## Financial

TEXAS HEALTH HARRIS METHODIST HOSPITAL FORT WORTH
Total Financial Assessment | $358.00
Total Payments and Credits | $358.00

| Date | | Receipt | Party | Amount |
|---|---|---|---|---|
| 7/26/2025 | Transaction Assessment | | | $350.00 |
| 7/26/2025 | CREDIT CARD - TEXFILE (DC) | Receipt # 51559-2025-DCLK | TEXAS HEALTH HARRIS METHODIST HOSPITAL, Texas Health | ($213.00) |
| 7/26/2025 | STATE CREDIT | | | ($137.00) |
| 8/10/2025 | Transaction Assessment | | | $8.00 |
| 8/10/2025 | CREDIT CARD - TEXFILE (DC) | Receipt # 55277-2025-DCLK | TEXAS HEALTH HARRIS METHODIST HOSPITAL FORT WORTH | ($8.00) |

## Documents

PLAINTIFF'S ORIGINAL PETITION

ISSUE CITATION - BLUE CROSS BLUE SHIELD OF TEXAS

PLAINTIFF'S 1ST AMENDED PETITION W/ REQUEST FOR (1) CITATION

ISSUE CITATION-BLUE CROSS BLUE SHIELD OF TEXAS

PROPOSED PROTECTIVE ORDER

PLTF/MOTION PROTECT

ORDER - PROTECT

ORDER - PROTECT

160th Dismissal

EXECUTED CITATION - BLUE CROSS BLUE SHIELD OF TEXAS

NOTICE OF RULE 11 AGREEMENT